UNITED STATES of AMERICA
US DISTRICT COURT -- E.D. MICHIGAN

THOMAS HORNE ,

    Plaintiff,                              DEMAND FOR JURY TRIAL

-vs-                                         Case No. 10-12035
                                             Hon. Patrick J. Duggan

FRESARD BUICK PONTIAC GMC, INC, *et al.*

    Defendants.

## STIPULATION TO DISMISS
## FRESARD BUICK PONTIAC GMC, INC and US BANK, NA
## WITH PREJUDICE

The parties to this stipulation agree that all claims against all Defendants should be dismissed with prejudice and without costs, sanctions, or attorneys fees with the court retaining jurisdiction only to enforce the settlement agreement.

Stipulated to by:

By:    s/ Adam G. Taub                  By:    s/Will Hawley
        Adam G. Taub (P48703)                    Will Hawley
        ADAM G. TAUB & ASSOCIATES         Attorney for Defendants
        CONSUMER LAW GROUP, PLC           49289 Peninsular Drive
        Attorney for Thomas Horne                  Belleville, MI 48111
        18930 West Ten Mile Rd, Ste 2500          734.787.3333
        Southfield, MI 48075                            willardhawley@live.com
        (248) 746-3790
        adamgtaub@clgplc.net

Dated: July 27, 2010

UNITED STATES of AMERICA
US DISTRICT COURT -- E.D. MICHIGAN

THOMAS HORNE ,

    Plaintiff,                      DEMAND FOR JURY TRIAL

-vs-                                                Case No. 10-12035
                                                Hon. Patrick J. Duggan

FRESARD BUICK PONTIAC GMC, INC, *et al.*

    Defendants.

**<u>ORDER DISMISSING ALL DEFENDANTS WITH PREJUDICE</u>**

Based on the stipulation of the parties, the Defendants are hereby dismissed with prejudice and without costs, sanctions, or attorneys fees. The Court retains jurisdiction for 60 days to enforce the settlement agreement.

**SO ORDERED**.

                                        <u>S/Patrick J. Duggan</u>
                                        Patrick J. Duggan
                                        United States District Judge

Dated: August 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2010, by electronic and/or ordinary mail.

                                        <u>S/Marilyn Orem</u>
                                        Case Manager